IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW KUNKLE, #452282,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil No. 21-cv-00155-JPG |
| | ) |
| **RICHARD WATSON,** | ) |
| **TRINTY SERVICE GROUP,** | ) |
| and **DAVID MARCOWITZ,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

On February 11, 2021, this case was severed from *Brown v. Watson, et al.*, No. 21-cv-138-JPG (S.D. Ill.). It was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP motion"). On the same date, the Court entered a Notice and Order advising Plaintiff of his obligation to pay the filing fee of $402.00 or to file an IFP motion on or before March 18, 2021. (Doc. 4). He was provided with a blank IFP motion. Plaintiff was also warned that failure to comply with the Court's Order would result in dismissal of the action. *Id*. To date, Plaintiff has failed to pay the filing fee or file an IFP motion. He has not requested an extension of the deadline for doing the same. Therefore, this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order of this Court and for failure to prosecute his claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The pending motion (Doc. 5) is **DISMISSED as MOOT**, and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED:  3/25/2021                         s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **U.S. District Judge**